1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8
## UNITED STATES DISTRICT COURT
9
## EASTERN DISTRICT OF CALIFORNIA
10

11
   DARREN GILBERT,                              )   No.  1:21-cv-01334-NONE-BAM
12                                              )
              Plaintiff,                        )   **PLAINTIFF'S REQUEST TO CONTINUE**
13                                              )   **MANDATORY SCHEDULING**
       vs.                                      )   **CONFERENCE; ORDER**
14                                              )
   ADEL BALAHI dba ADEL'S SNACKS &              )
15 MORE, et al.,                                )   Date:         December 7, 2021
                                                )   Time:         9:30 a.m.
16            Defendants.                       )   Courtroom:    8
                                                )
17                                              )
                                                )   Magistrate Judge Barbara A. McAuliffe
18                                              )
                                                )
19                                              )
                                                )
20 _____      )

21
           Plaintiff Darren Gilbert ("Plaintiff"), by and through his attorneys of record, hereby
22
   requests a continuance of the Mandatory Scheduling Conference currently scheduled in this
23
   matter for December 7, 2021 at 9:30 a.m. for the reasons set forth below.
24
           1.     Plaintiff is diligently attempting to effect service of the Summons and
25
   Complaint on Defendants, Adel Balahi dba Adel's Snacks & More and Thanh Smith, Trustee
26
   of the Revocable Living Trust Agreement of Thanh Smith dated the 18th day of May, 1994
27
   (collectively, "Defendants") but has not been able to effect service yet.
28

2. Plaintiff plans to file a request for administrative relief from the service deadline for additional time to serve the Summons and Complaint on Defendants.

3. Because Defendants have not appeared in the action, Plaintiff has been unable to meet and confer with defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for December 7, 2021 be continued to a date after February 1, 2022 at the Court's convenience.

Dated: November 30, 2021                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Darren Gilbert

### ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for December 7, 2021 be CONTINUED to **February 3, 2022, at 9:00 am before Magistrate Judge Barbara A. McAuliffe in Courtroom 8** of the above-entitled Court. A Joint Scheduling Report shall be filed one week prior to the Conference. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **December 1, 2021**            /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE