1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11
   DARREN GILBERT,                    )  No.  1:21-cv-01334-JLT-BAM
12                                    )
            Plaintiff,                )  **PLAINTIFF'S SECOND REQUEST TO**
13                                    )  **CONTINUE MANDATORY**
        vs.                           )  **SCHEDULING CONFERENCE;**
14                                    )  **[PROPOSED] ORDER**
   ADEL BALAHI dba ADEL'S SNACKS &    )
15 MORE, et al.,                      )
                                      )  Date:        February 3, 2022
16          Defendants.                )  Time:        9:00 a.m.
                                      )  Courtroom:   8
17                                    )
                                      )
18                                    )  Magistrate Judge Barbara A. McAuliffe
                                      )
19 _____)

20

21      Plaintiff Darren Gilbert ("Plaintiff"), by and through his attorneys of record, hereby

22 requests a continuance of the Mandatory Scheduling Conference currently scheduled in this

23 matter for February 3, 2022 at 9:00 a.m. for the reasons set forth below.

24      1.   Plaintiff is still attempting to effect service of the Summons and Complaint on

25 Defendant, Adel Balahi dba Adel's Snacks & More, but has not been able to effect service yet.

26 In addition, Plaintiff has not been able to find out specific details from County Process Services,

27 Inc., the process server, regarding service attempts made and what the process server has

28 encountered thus far. Plaintiff will continue to follow-up on details concerning service.

2. According to County Process Services, Inc., the process server, Defendant Thanh Smith, Trustee of the Revocable Living Trust Agreement of Thanh Smith dated the 18th day of May, 1994 was served with the complaint; however, Plaintiff has not been able to obtain the proof of service from the process server to file with the Court;

3. Plaintiff plans to file a request for administrative relief from the service deadline for additional time to serve the Summons and Complaint on Adel Balahi dba Adel's Snacks & More.

4. Because Defendants Adel Balahi and Thanh Smith have not appeared in the action, Plaintiff has been unable to meet and confer with both Defendants or prepare a joint scheduling report.

For the reasons set forth above, Plaintiff respectfully requests that the Mandatory Scheduling Conference currently set for February 3, 2022 be continued to a date after April 4, 2022 at the Court's convenience.

Dated: January 27, 2022                                        MOORE LAW FIRM, P.C.


                                                               */s/ Tanya E. Moore*
                                                               Tanya E. Moore
                                                               Attorney for Plaintiff,
                                                               Darren Gilbert


## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for February 3, 2022 be continued to **April 21, 2022, at 9:00 AM before Magistrate Judge Barbara A. McAuliffe in Courtroom 8 of the above-entitled Court**. A Joint Scheduling Report shall be filed one week prior to the Conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The

Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **January 28, 2022**          /s/ *Barbara A. McAuliffe*  
                                                UNITED STATES MAGISTRATE JUDGE