UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADEL BALAHI dba ADEL'S SNACKS & MORE; THANH SMITH, Trustee of the REVOCABLE LIVING TRUST AGREEMENT OF THANH SMITH DATED THE 18TH DAY OF MAY, 1994,<br><br>　　　　　Defendants. | Case No.  1:21-cv-01334-DAD-BAM<br><br>**ORDER REGARDING DEFENDANT ADEL BALAHI'S UNSIGNED MOTION**<br><br>(Doc.  28)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**<br><br>Date:  May 18, 2022<br>Time:  9:30 AM |

　　　　Plaintiff Darren Gilbert ("Plaintiff") initiated this action asserting the denial of right of access under the Americans with Disabilities Act ("ADA") against Defendants Adel Balahi dba Adel's Snacks & More and Thanh Smith, Trustee of the REVOCABLE LIVING TRUST AGREEMENT OF THANH SMITH DATED THE 18TH OF MAY, 1994 ("Defendants") on September 3, 2021.  (Doc. 1.)

　　　　On March 9, 2022, the Clerk of the Court entered default against Defendant Adel Balahi for the failure to appear, plead or answer Plaintiff's complaint within the time allowed by law following service of the summons and complaint.  (Doc. 22.)

　　　　On April 4, 2022, the Clerk of the Court entered default against the remaining defendant, Thanh Smith, for the failure to appear, plead or answer Plaintiff's complaint within the time

allowed by law following service of the summons and complaint.  (Doc. 24.)

Based on the Clerk's entry of default against Defendants, the Court converted the Initial Scheduling Conference to a Status Conference on May 5, 2022.  (Doc. 25.)  The Court indicated that if Plaintiff filed a motion for entry of default judgment or other dispositive documents before the status conference, then the conference would be vacated.  (*Id.*)

On April 26, 2022, Plaintiff filed a motion for default judgment against Defendants.  A hearing on the motion is scheduled for June 10, 2022.  (Doc. 26.)  In light of the motion, the Court vacated the Status Conference set for May 5, 2022.  (Doc. 27.)

On April 27, 2022, Defendant Adel Balahi filed a motion seeking to vacate the default judgment and extend the time to respond to Plaintiff's complaint.  (Doc. 28.)  The Court construes the request as a motion seeking to set aside the entry of default pursuant to Federal Rule of Civil Procedure 55(c) and to grant Defendant Balahi an extension of time to respond to the complaint.  However, neither the motion nor the declaration in support of the motion is signed by Defendant Balahi or any other defendant.

Unsigned filings cannot be considered by the Court, and generally such filings will be stricken from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.  Defendants are advised that each document submitted for filing must be signed by the filing party.  Local Rule 131(b); Fed. R. Civ. P. 11(a).  The motion filed on April 27, 2022, will not be stricken from the record at this time.  Rather, Defendant Balahi will be granted additional time to re-file his motion with his original signature.  Additionally, in light of Defendant Balahi's attempt to appear in this matter, a telephonic status conference will be set to address the status of this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **fourteen (14) days** following service of this Order, Defendant Balahi shall re-file his motion requesting an extension of time to respond to the complaint and seeking to set aside the entry of default with an original signature;

2. A TELEPHONIC STATUS CONFERENCE is set for **May 18, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  The parties shall appear at the conference by telephone with each party using the following dial-in

number and access code: **dial-in number 1-877-411-9748; access code 3219139#**; and

3. The Clerk of the Court is directed to serve a copy of this order on Defendant Balahi dba Adel's Snacks & More at the following address: 1730 East 21st Street, Merced, CA 95340.

IT IS SO ORDERED.

Dated: __**April 29, 2022**__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE