UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADEL BALAHI dba ADEL'S SNACKS & MORE; THANH SMITH, Trustee of the REVOCABLE LIVING TRUST AGREEMENT OF THANH SMITH DATED THE 18TH DAY OF MAY, 1994,<br><br>　　　　Defendants. | Case No. 1:21-cv-01334-DAD-BAM<br><br>**ORDER SETTING FURTHER TELEPHONIC STATUS CONFERENCE** |

　　　Plaintiff Darren Gilbert ("Plaintiff") initiated this action asserting the denial of right of access under the Americans with Disabilities Act ("ADA") against Defendants Adel Balahi dba Adel's Snacks & More and Thanh Smith, Trustee of the REVOCABLE LIVING TRUST AGREEMENT OF THANH SMITH DATED THE 18TH OF MAY, 1994 ("Defendants") on September 3, 2021. (Doc. 1.)

　　　On May 17, 2022, the Court held a status conference to discuss the status of Defendant's representation. Defendants informed the Court they wish to seek settlement of this matter without obtaining counsel. To allow the parties additional time to pursue settlement, the Court will set a further status conference.

///

1

Based on the foregoing, the Court HEREBY ORDERS:

1. The parties appear at a FURTHER STATUS CONFERENCE on **July 26, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least one (1) full week prior to the conference, the parties shall file a joint report informing the Court of the status of this action. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**. If the parties file a notice of settlement prior to the conference, then the conference will be vacated;

2. The Clerk of the Court is directed to serve Defendant Balahi a copy of this order at 1720 E 21st St., Merced, CA, 95340; and

3. The Clerk of the Court is also directed to serve Defendant Smith a copy of this order at 926 D St., Apt. E, Merced, CA, 95341.

IT IS SO ORDERED.

Dated:   **May 18, 2022**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE