UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADEL BALAHI dba ADEL'S SNACKS & MORE; THANH SMITH, Trustee of the REVOCABLE LIVING TRUST AGREEMENT OF THANH SMITH DATED THE 18TH DAY OF MAY, 1994,<br><br>　　　　Defendants. | Case No.  1:21-cv-01334-DAD-BAM<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(Doc. 26)<br><br>TELEPHONIC STATUS CONFERENCE<br><br>Date: July 26, 2022<br>Time: 9:00 AM |

On April 26, 2022, Plaintiff Darren Gilbert filed a motion for default judgment against Defendants Adel Balahi dba Adel's Snacks & More, and Thanh Smith, Trustee of the Revocable Living Trust Agreement of Thanh Smith dated the 18th day of May, 1994 ("Defendants").  The motion is set for hearing on June 10, 2022.  (Doc. 26.)  In light of Defendants' motion for relief from default (Doc. 30), and their request to seek settlement without obtaining counsel (*see* Doc. 32), the hearing set on 6/10/2022 is HEREBY VACATED.  As necessary, the hearing may be reset following the further Telephonic Status Conference, which remains set on **July 26, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

　　Dated:  __**May 27, 2022**__　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1